IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RICHARD MARK HOAGLAND        :        CHAPTER 13
                                     :
            DEBTOR                   :        CASE NO. 19-13910 MDC

### ORDER

AND NOW, this ___9th___ day of July 2019, upon consideration of the Motion of Debtor to Extend Time for the Filing of Required Schedules and Documents it is hereby ORDERED that the Motion is GRANTED and the required schedules and documents shall be filed on or before ____July 25, 2019_____ or the case may be dismissed without further notice.

_____
Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge