United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13910-mdc
Richard Mark Hoagland                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 1            Date Rcvd: Jul 09, 2019
                              Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db             +Richard Mark Hoagland,    390 Grieson Road,    Honey Brook, PA 19344-1756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 10 2019 03:09:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2019 03:09:23
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 10 2019 03:09:38     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
              JOSEPH F. CLAFFY    on behalf of Debtor Richard Mark Hoagland claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York et al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RICHARD MARK HOAGLAND     :     CHAPTER 13
                                  :
            DEBTOR                :     CASE NO. 19-13910 MDC

## ORDER

AND NOW, this ___9th___ day of July  2019, upon consideration of the Motion of Debtor to Extend Time for the Filing of Required Schedules and Documents it is hereby  ORDERED that the Motion is GRANTED and the required schedules and documents shall be filed on or before      July 25, 2019      or the case may be dismissed without further notice.

_____
Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge