# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13910-MDC

RICHARD MARK HOAGLAND

390 GRIESON ROAD

HONEY BROOK, PA 19344-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD MARK HOAGLAND

390 GRIESON ROAD

HONEY BROOK, PA 19344-

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

Date: 9/13/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee