United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13910-mdc
Richard Mark Hoagland                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore          Page 1 of 1          Date Rcvd: Oct 10, 2019
                             Form ID: pdf900          Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db              +Richard Mark Hoagland,    390 Grieson Road,    Honey Brook, PA 19344-1756
14344127         Carrington Mortgage Services,    2201 E 196th St,    Westfield, IN 46074
14351274        +Carrington Mortgage Services, LLC as servicer for,    The Bank Of New York Mellon,
                  c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14344128        +Chrysler Capital,    POB 961245,    Fort Worth, TX 76161-0244
14348988        +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14364431        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14379187        +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:22      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:01
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2019 02:42:20      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14344126         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2019 02:51:07      Capital One Bank,
                  P.O. Box 30281,    Salt Lake City, UT 84130-0281
14344129        +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 11 2019 02:42:34      Harley davidson Credit,
                  3850 Arrowhead Drive,    Carson City, NV 89706-2016
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
          JOSEPH F. CLAFFY    on behalf of Debtor Richard Mark Hoagland claffylaw@gmail.com,
           claffylaw@aol.com;claffylawecf@gmail.com
          KERI P EBECK    on behalf of Creditor    Harley-Davidson Credit Corp kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York et al... bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
RICHARD MARK HOAGLAND

Debtor    Bankruptcy No. 19-13910-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 10, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382

Debtor:
RICHARD MARK HOAGLAND

390 GRIESON ROAD

HONEY BROOK, PA 19344-